IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TITO MORELL,

    Plaintiff,

v.                                                            CASE NO. 5:14-cv-334-RS-GRJ

JAMES BLACKWOOD, et al.

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    The Court ordered Plaintiff to file an amended complaint and amended motion for leave to proceed as a pauper on or before February 5, 2015. Doc. 5. Plaintiff did not comply, and the Court ordered Plaintiff to show cause on or before March 10, 2015, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court. As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order.

    Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute and failure to comply with an order of the Court. All pending motions should be terminated, and the case closed.

    **IN CHAMBERS,** at Gainesville, Florida, this 13th day of March, 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.