IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TITO MORELL,

    Plaintiff,

v.                                CASE NO. 5:14-cv-334-RS-GRJ

JAMES BLACKWOOD, et al.,

    Defendants.

_____/

## ORDER

Before me is the March 13, 2015, Magistrate Judge's Report and Recommendation (Doc. 7). To date, no objections have been filed. Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is approved and incorporated in this Order.

2. This case is **DISMISSED** for failure to prosecute and failure to comply with an order of the Court.

3. The Clerk is directed to close this case and terminate all pending motions.

**ORDERED** on April 13, 2015.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**